IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

****

| UNITED STATES OF AMERICA, | ) | CR-20-59-GF-BMM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ZANE MICHAEL COOK, | ) | |
| Defendant. | ) | |

Defendant, Zane Michael Cook's Unopposed Motion for Transport (Doc. 38) having been filed with this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States Marshals Service is directed to transport the Defendant to the Missouri River Federal Courthouse, Great Falls, Montana, for his Sentencing Hearing at **April 15, 2021, at 10:00 a.m.**

DATED this 7th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court